# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 24CR0009-TWR |
|---|---|
| Plaintiff, | **JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS DEFENDANT BRYAN ARCE WITHOUT PREJUDICE** |
| v. | |
| BRYAN ARCE, | |
| Defendant | |

Upon the motion of the United States, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information against Defendant Bryan Arce in this case is dismissed without prejudice.

SO ORDERED AND ADJUDGED.

DATED: March 7, 2024

_____
HONORABLE TODD W. ROBINSON
UNITED STATES DISTRICT JUDGE